# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carter, William B. | U. S. District Court Westeren District of New York | 03/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Recalled Magistrate Judge (Full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

10th Floor Tallan Building
West Martin Luther King Boulevard
Chattanooga, TN 37402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Unitversity of Tennessee at Chattanooga |
| 2. | Adjunct Faculty | Covenant College |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, William B. | 03/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Tennessee at Chattanooga - Teaching | $6,000.00 |
| 2. 2020 | Covenant College - Teaching | $5,233.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, William B. | 03/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carter, William B.** | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. TIAA/CREF Annuity (H) | | | | | | | | | |
| 2. Fidelity Contra Mutual Fund | A | Dividend | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. Merrill Brokerage (H) | | | | | | | | | |
| 5. Corporate Bonds #1 (H) | | | | | | | | | |
| 6. Chevron Corp GLB 03.191% | A | Interest | J | T | | | | | |
| 7. Procter & Gamble Co GLB 03.100% | A | Interest | J | T | | | | | |
| 8. Intercontinental Exchange GLB 03.100% | A | Interest | J | T | | | | | |
| 9. Cisco Systems Inc GLB 03.625% | A | Interest | J | T | | | | | |
| 10. State Street Corp GLB 03.300% | A | Interest | J | T | | | | | |
| 11. Pepsico Inc 03.500% | A | Interest | J | T | | | | | |
| 12. MLBank Deposit Program cash/sweep account | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. Government and Agency Securities (H) | | | | | | | | | |
| 15. U.S. Treasury Note | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Corporate Bonds #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carter, William B.** | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Apple, Inc 2.24% (X) | A | Interest | J | T | | | | | |
| 19. BANK OF NEW YORK MELLON | A | Interest | J | T | Buy | 06/07/20 | J | | |
| 20. Berkshire Hathaway Inc 3.6% (X) | A | Interest | K | T | | | | | |
| 21. CITIBANK NA 3.33% | A | Interest | J | T | Buy | 09/25/20 | J | | |
| 22. CISCO SYSTEMS INC 3.29% | A | Interest | J | T | Buy | 09/25/20 | J | | |
| 23. Coca-Cola Co GLB 03.150% | A | Interest | J | T | | | | | |
| 24. CME Group 2.86% | A | Interest | J | T | | | | | |
| 25. Chevron Corp 3.00% | A | Interest | J | T | | | | | |
| 26. ESTEE LAUDER CO INC | A | Interest | J | T | Buy | 08/31/20 | J | | |
| 27. Glaxosmithklien Capital 3.15% | A | Interest | J | T | | | | | |
| 28. Bank of NY Mellon 3.39% | A | Interest | J | T | Buy<br>(add'l) | 08/31/20 | J | | |
| 29. IBM Corp 3.04% | A | Interest | J | T | Buy<br>(add'l) | 08/31/20 | J | | |
| 30. Intercontinental Exchange 3.64% | A | Interest | J | T | | | | | |
| 31. Intel Corp 3.22% | A | Interest | J | T | Buy<br>(add'l) | 12/23/20 | J | | |
| 32. Microsoft Corp GLB 04.000% | A | Interest | J | T | | | | | |
| 33. NIKE INC 2.22% | A | Interest | J | T | Buy | 12/24/20 | J | | |
| 34. PEPSICO INC 3.10% | A | Interest | J | T | Buy | 06/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carter, William B.** | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   STATE STREET CORP | A | Interest | J | T | Buy | 09/25/20 | J | | |
| 36.   Oracle Corp GLB 03.875% | A | Interest | J | T | | | | | |
| 37.   US BANCORP | A | Interest | J | T | Buy | 08/31/20 | J | | |
| 38.   Visa Inc 2.80% | A | Interest | J | T | | | | | |
| 39.   WALMART INC (X) | A | Interest | J | T | | | | | |
| 40. | | | | | | | | | |
| 41.   Equities (H) | | | | | | | | | |
| 42.   AMN ELEC POWER CO (X) | A | Dividend | J | T | | | | | |
| 43.   AT&T (X) | A | Dividend | J | T | | | | | |
| 44.   Bristol-Myers Squibb Co | A | Dividend | J | T | | | | | |
| 45.   Chevron Corp | A | Dividend | J | T | | | | | |
| 46.   Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 47.   Citgroup Inc Com New | A | Dividend | J | T | | | | | |
| 48.   Coca-Cola Com | A | Dividend | J | T | | | | | |
| 49.   COMCAST CORP NEW CL A (X) | A | Dividend | J | T | | | | | |
| 50.   Conocophillips | A | Dividend | J | T | | | | | |
| 51.   CVS Health Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, William B. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. DR Horton Inc | A | Dividend | J | T | | | | | |
| 53. Delta Air Lines | A | Dividend | J | T | | | | | |
| 54. Digital Rlty TR Inc | A | Dividend | J | T | | | | | |
| 55. Disney (Walt) Co | A | Dividend | J | T | | | | | |
| 56. DuPont De Nemours Inc | A | Dividend | J | T | | | | | |
| 57. EMERSON ELEC CO | | None | J | T | Buy | 12/11/20 | J | | |
| 58. EVERGY INC (X) | A | Dividend | J | T | | | | | |
| 59. EXELON CORPORATION (X) | A | Dividend | J | T | | | | | |
| 60. EXXON MOBIL CORP COM | A | Dividend | J | T | | | | | |
| 61. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 62. GENL DYNAMICS CORP COM | A | Dividend | J | T | | | | | |
| 63. HONEYWELL INTL INC DEL | A | Dividend | J | T | | | | | |
| 64. INTELCORP | A | Dividend | J | T | | | | | |
| 65. INTL BUSINESS MACHINES | A | Dividend | J | T | | | | | |
| 66. JOHNSON AND JOHNSON COM | A | Dividend | J | T | | | | | |
| 67. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 68. KRAFT (THE) HEINZ CO SHS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KROGER CO | A | Dividend | J | T | | | | | |
| 70. LINCOLN NTL CORP IND NPV | A | Dividend | J | T | | | | | |
| 71. LOWE'S COMPANIES INC | A | Dividend | J | T | | | | | |
| 72. MERCK AND CO INC SHS | A | Dividend | J | T | | | | | |
| 73. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 74. PACKAGING CORP AMERICA | A | Dividend | J | T | | | | | |
| 75. Pfizer | A | Dividend | J | T | | | | | |
| 76. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 77. Prudential Financial Inc | A | Dividend | J | T | Buy (add'l) | 12/09/20 | J | | |
| 78. QUEST DIAGNOSTICS INC | A | Dividend | J | T | | | | | |
| 79. STRYKER CORP | A | Dividend | J | T | | | | | |
| 80. Target Corp | A | Dividend | J | T | | | | | |
| 81. UNITED PARCEL SVC CL B | A | Dividend | J | T | | | | | |
| 82. Verizon Communications | A | Dividend | J | T | | | | | |
| 83. Ventas Inc REIT | A | Dividend | J | T | | | | | |
| 84. Walmart Inc | A | Dividend | J | T | | | | | |
| 85. Weyerhaeuser Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, William B. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. 3M Company | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |
| 88. Municipal Bonds (H) | | | | | | | | | |
| 89. El Paso Tex Go Ref BDS Series 2011 (Y) | | | | | | | | | |
| 90. Columbus Ohio Var Purp ULTD Tax Bds Ser A | A | Interest | J | T | | | | | |
| 91. Ohio State Common Sch GO Bds Ser B | A | Interest | J | T | | | | | |
| 92. Memphis Tenn Gen Impt Bds 2016 | A | Interest | J | T | | | | | |
| 93. RUTHERFORD CNTY TENN GO | A | Interest | J | T | Buy | 01/29/20 | J | | |
| 94. MARYLAND ST TAX EXEMPT | A | Interest | J | T | Buy | 02/05/20 | J | | |
| 95. FLORIDA ST DEPT GEN SVCS | A | Interest | J | T | Buy | 01/29/20 | J | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, William B. | 03/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. Carter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544